ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 10:34 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00116-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 10:34:41 AM
CHRISTOPHER A. PRINE
Clerk

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF TEXAS; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF TEXAS,

*Appellant*,

*v.*

DELIA GARZA, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY ATTORNEY, ET AL.; JOHN CREUZOT, IN HIS OFFICIAL CAPACITY AS DALLAS COUNTY CRIMINAL DISTRICT ATTORNEY, ET AL.; AND BRIAN MIDDLETON, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF FORT BEND COUNTY (268TH JUDICIAL DISTRICT), ET AL.

*Appellees.*

On Appeal from the
459th Judicial District Court, Travis County

## NOTICE OF APPEARANCE OF COUNSEL

Per Texas Rule of Appellate Procedure 6.2, Ken Paxton, in his official capacity as Attorney General for the State of Texas, and the Office of the Attorney General for the State of Texas, the Appellants, give notice that Assistant Solicitor General Jacob C. Beach will serve as counsel in this matter. Mr. Beach's contact information and bar number appear below.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

AARON L. NIELSON
Solicitor General

WILLIAM COLE
Deputy Solicitor General

/s/ Jacob C. Beach
JACOB C. BEACH
Assistant Attorney General
State Bar No. 24116083
Jacob.Beach@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Appellants

## CERTIFICATE OF SERVICE

On June 30, 2025, this notice was served electronically on all counsel of record.

/s/ Jacob C. Beach
JACOB C. BEACH

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Jacob Beach
Bar No. 24116083
nancy.villarreal@oag.texas.gov
Envelope ID: 102575587
Filing Code Description: Other Document
Filing Description: 20250630_Garza_Beach NOA
Status as of 6/30/2025 10:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley W.Snead | | snead@wrightclosebarger.com | 6/30/2025 10:34:41 AM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 6/30/2025 10:34:41 AM | SENT |
| Leslie W. Dippel | | Leslie.Dippel@traviscountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 6/30/2025 10:34:41 AM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 6/30/2025 10:34:41 AM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 6/30/2025 10:34:41 AM | ERROR |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 6/30/2025 10:34:41 AM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 6/30/2025 10:34:41 AM | SENT |
| Randy T. Leavitt | | randy@randyleavitt.com | 6/30/2025 10:34:41 AM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 6/30/2025 10:34:41 AM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 6/30/2025 10:34:41 AM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 6/30/2025 10:34:41 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 6/30/2025 10:34:41 AM | SENT |

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Jacob Beach
Bar No. 24116083
nancy.villarreal@oag.texas.gov
Envelope ID: 102575587
Filing Code Description: Other Document
Filing Description: 20250630_Garza_Beach NOA
Status as of 6/30/2025 10:40 AM CST

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 6/30/2025 10:34:41 AM | SENT |